Paysoff Tinkoff, *pro se*, appellant; Bartley, Powell & Skarzynski, for appellee; Harry F. Skarzynski, and Melvin B. Lewis, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed January 11, 1954; rehearing denied February 25, 1954; released for publication March 8, 1954.

## Benjamin Kanter, Appellant, v. City of Chicago, Appellee.

### Gen. No. 46,077. (Abstract of Decision.)

Harry R. Booth, and Joseph Keig, for appellant; John J. Mortimer, Corporation Counsel of City of Chicago, for appellee; Joseph F. Grossman, and Patrick W. Dunne, of counsel. Opinion by JUSTICE FRIEND. **Not to be published in full.** Opinion filed January 11, 1954; released for publication March 8, 1954.